UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kurt E. Reinheimer, Esq.
Reinheimer & Reinheimer
2494 Moore Road, Suite 4
Toms River, NJ 08753

| In Re: | | Case No.: | 20-10648 |
| --- | --- | --- | --- |
| Melissa Brown | | Chapter: | 13 |
| | | Judge: | MBK |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Kurt E. Reinheimer, Esq.__

will be substituted as attorney of record for _____Melissa Brown_____, _____ in this

case. [1]

Date: 07/09/2021 _____          _____
                                                Signature of Former Attorney

Date: 07/09/2021  10/14/21                       _____
                                                Signature of Substituted Attorney[2]

                                                                    *rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.